# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SARA DUPLANTIS | CASE NO. 6:22-CV-03388 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| UNDERWRITERS AT LLOYDS LONDON | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons explained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 31), after an independent and *de novo* review of the record, considering the objections filed, and concurring with the Magistrate Judge's findings under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED** and the Motion for Leave to File Intervention Complaint (Doc. 18) filed by McClenny Moseley & Associates law firm is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 5th day of December, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE